UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V | : | **CASE NO: 19 CR 10439** |
| | : | |
| **WILLI ALEXIS PEREZ BAEZ** | : | |

**DEFENDANTS MEMORANDUM
IN SUPPORT OF RELEASE**

The defendant is currently housed at the Wyatt Detention Facility and suffers from asthma. He seeks release because the Center for Disease Control has confirmed that people with serious underlying medical conditions are especially vulnerable to contracting coronavirus. This is particularly so where the person is confined in a densely packed population which is susceptible to unsanitary conditions and the person is unable to practice the protocols issued by health experts around the world. Incarcerated individuals are at a special risk of infections given their living conditions. Achieving A Fair And Effective Covid 19 Response: an open letter to Vice President Pence from Public Health and Legal Experts in the United States (3-2-20) https//bit.LY/2W9V6aS.

Wyatt is an incubator for the disease because of the manner in which inmates are governed and because it is an unsanitary complex.

The defendants' asthma has been recognized as a medical condition that puts a person at high risk of infection, by the CDC.

In opposition to the defendants' motion the government submits an objection on the basis of the evidence it would present at trial. The substantiality of its case does little to assist the court in determining whether the defendant is a serious risk for infection. See United State v

Baker 20 CR 125 (KMK) (SDNY 3-26-20); United State v Eli 20 CR 50 (RJD) (EDNY 3-24-20); United State v Santiago Ramon 20 CR 04 (ER) (SDNY 3-19-20).  The motion which the defendant has filed should not be decided on the basis of the criteria for pre trial release.  This is a pandemic and needs to be evaluated with that in mind.

    The defendant if released would live with his wife at 449 Old Colony Avenue, Apt 309, South Boston, MA 02127.

    Respectfully submitted,
**WILLI ALEXIS PEREZ BAEZ**
By his Attorney,

/s/John F. Cicilline
John F. Cicilline, ESQ #0433
381 Atwells Avenue
Providence, RI 02909
Office 401-273-5600
Fax 401-454-5600

## CERTIFICATION

    I hereby certify that on April 13, 2020 a true copy of the above document was served upon all attorneys of record by electronic filing.
.
    *John F. Cicilline*